IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| J&J SPORTS PRODUCTIONS, INC., <br> Plaintiff, <br><br> v. <br><br> SIAM ENTERPRISES, LLC, TAMMY G. ADAMS, and ROJANA HANNAH, <br> Defendants. | § § § § § § § § § § § | EP-18-CV-138-PRM |

## FINAL JUDGMENT

In accordance with its "Order Granting in Part and Denying in Part Motion for Default Judgment" (ECF No. 24), filed on December 17, 2018, and the "Clerk's Memorandum on Taxation of Costs" (ECF No. 26), filed on January 14, 2019,[1] the Court now enters its final judgment pursuant to Federal Rule of Civil Procedure 58, as follows:

**IT IS ORDERED THAT** that Plaintiff J&J Sports Productions, Inc. is **AWARDED** and Defendants SIAM Enterprises, LLC, Tammy G. Adams, and Rojana Hannah **JOINTLY AND SEVERALLY PAY**: (1) $10,000 in statutory damages pursuant to 47 U.S.C. § 605(e)(3)(C)(i)(II); (2) $20,000 in

---

[1] The parties were provided seven days to file a motion for review of the Clerk's taxation of costs. No such motions were filed.

enhanced damages pursuant to 47 U.S.C. § 605(e)(3)(C)(ii); and (3) $1,000 in reasonable attorney's fees pursuant to 47 U.S.C. § 605(e)(3)(B)(iii).

**IT IS FURTHER ORDERED** that Defendants SIAM Enterprises, LLC, Tammy G. Adams, and Rojana Hannah **PAY** post-judgment interest at the rate of 2.68% until the judgment imposed herein is paid in full, with interest to be compounded annually.

**IT IS FURTHER ORDERED** that Plaintiff J&J Sports Productions, Inc. is **AWARDED** costs and costs are **TAXED** against Defendants SIAM Enterprises, LLC, Tammy G. Adams, and Rojana Hannah in the amount of $795.00, in accordance with the "Clerk's Memorandum on Taxation of Costs" (ECF No. 26), filed on January 14, 2019.

**IT IS FURTHER ORDERED** that all settings in this matter are **VACATED**.

**IT IS FURTHER ORDERED** that all pending motions in this cause, if any, are **DENIED AS MOOT**.

**FINALLY, IT IS ORDERED** that the Clerk shall **CLOSE** this case.

SIGNED this **25** day of March, 2019.

PHILIP R. MARTINEZ
UNITED STATES DISTRICT JUDGE